

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV06-3685-SVW(MANx) | Date | September 25, 2006 |
| Title | Michael Perlman dba Christopher Michael Photography, vs. Courtroom Television Network LLC, et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Michael J. Olecki                                   Kelli L. Sager

**Proceedings:**   DEFENSE MOTION TO DISMISS FIRST AMENDED COMPLAINT 12(b)(6) [15] (filed 08/28/06)

Hearing held. The Court, in its discretion, converts the motion to dismiss to a motion for summary judgment. Plaintiff, in lieu of filing an opposition, advises the Court that he will file a Rule 56(f) motion. In light of that information the Court sets forth the following schedule:

Filing of Rule 56(f) Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 5, 2006
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 12, 2006
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 16, 2006

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 23, 2006 at 1:30 p.m.



DOCKETED ON CM
SEP 27 2006
BY _____ 053

: 22

Initials of Preparer